IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KALI TANISHA DUDLEY-HAINES,<br>　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner<br>of the Social Security Administration,<br>　　Defendant. | 3:19-CV-00074-DSC<br><br>**ORDER** |

Upon Plaintiff's Motion for Attorney's Fees and consent of the parties, Plaintiff's Motion is hereby GRANTED. In consideration of stipulation between the parties for attorney's fees in the amount of three thousand eight hundred and seventeen dollars and twenty-nine cents ($3,817.29), it is hereby ORDERED that the Commissioner is directed to pay Plaintiff $3,817.29 in full and final settlement of attorney's fees and costs arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debts to the Government. If such debts exist, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debts, and the remaining balance shall be payable to the Plaintiff.

**SO ORDERED**.

Signed: November 25, 2019

David S. Cayer
United States Magistrate Judge

1